Argued and submitted December 13, 1989, the decision of the Court of Appeals and judgment of the circuit court affirmed February 22, 1990

STATE OF OREGON,
*Respondent on Review,*

*v.*

MARIANO GONZALEZ,
*Petitioner on Review.*

(CC CR 88-93, 88-94, 88-95;
CA A50081(Control), A50082, A50083; SC S36517)

787 P2d 480

George W. Kelly, Eugene, argued the cause and filed the petition for petitioner on review.

Janet Metcalf, Assistant Attorney General, Salem, argued the cause for respondent on review.

Before Peterson, Chief Justice, and Linde,** Carson, Jones, Gillette, Van Hoomissen, and Fadeley, Justices.

MEMORANDUM OPINION

The decision of the Court of Appeals and the judgment of the circuit court are affirmed. *State v. McKay,* 309 Or 305, 787 P2d 479 (1990).

** Linde, J., retired January 31, 1990.